# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN SCOTT DAVIS, | ) |
| Petitioner, | ) 3:12-cv-00259-LRH-VPC |
| vs. | ) |
| PALMER, *et al.*, | ) **ORDER** |
| Respondents. | ) |

This is a habeas corpus case pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. Petitioner has filed various motions, including a motion to reconsider appointment of counsel (ECF No. 5), a motion to reconsider extending petitioner's copywork funds (ECF No. 6), a motion for access to the courts (ECF No. 9), a motion for extension of time to file the reply (ECF No. 11) and a motion requesting the court to serve the respondents with a copy of the reply and exhibits (ECF No. 14). Also on file is the respondents' answer to the petition (ECF No. 8) and petitioner's reply (ECF No. 15). The motion to serve respondents shall be granted. The current status of the case, with the matter ready for review on the merits, renders the other motions moot. They shall be denied on that basis.

The motion to serve the reply upon respondents asks the court to provide a copy of the reply and exhibits to the respondents and to return the originals to petitioner as they are not replaceable and petitioner did not have funds to photocopy the originals before submitting the reply to the court. Where the court declined to grant him an extension of his prison copywork allowance on his original motion for same and has not granted an extension since that time, the motion is justified. The documents are

available to the court and the parties in the court's electronic file.  Therefore, the motion shall be granted.

**IT IS THEREFORE ORDERED** that the motion to serve respondents (ECF No. 14) is **GRANTED.**  The Clerk shall **electronically serve** a copy of petitioner's Reply and exhibits upon respondents and shall thereafter return the original documents received from petitioner (located in the clerk's day files on or about January 4, 2013.

**IT IS FURTHER ORDERED** that the remaining motions (ECF Nos. 5, 6, 9, 11) are **DENIED as moot.**

DATED this 28th day of January, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE