UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| KEVIN SCOTT DAVIS, | Case No. 3:12-cv-00259-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| PALMER, et al., | |
| Respondents. | |

Before the Court is respondents' motion for substitution of respondent. (Dkt. no. 20.) Good cause appearing, it is therefore ordered that respondents' motion for substitution of respondent (dkt. no. 20) is granted. The Clerk shall substitute Adam Paul Laxalt for and in the place of Catherine Cortez Masto.

DATED THIS 28th day of August 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE